W. Adam Duerk, Esq.
Giovanna M. McLaughlin, Esq.
MILODRAGOVICH, DALE,
STEINBRENNER & NYGREN, P.C.
Attorneys at Law
620 High Park Way
P.O. Box 4947
Missoula, Montana 59806-4947
Telephone: (406) 728-1455
Telefax: (406) 549-7077
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CELIA KEITH, individually and as Personal Representative of THE ESTATE OF GLEN KEITH, Deceased,<br><br>Plaintiffs,<br><br>-vs-<br><br>COMMUNITY NURSING, INC., d/b/a VILLAGE HEALTH CARE NURSING CENTER; THE GOODMAN GROUP, LLC; and JOHN DOES I-X, as natural persons, partnerships, limited liability companies, or corporations involved in the operation of Village Health Care Center,<br><br>Defendants. | Cause No. CV-09-24-M-DWM-JCL<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

1

TO: CLERK OF U.S. DISTRICT COURT

Attorney for the Plaintiffs, Celia Keith, individually and as Personal Representative of the Estate of Glen Keith, hereby gives notice of dismissal of this action without prejudice pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. No answer or motion for summary judgment has been filed on behalf of the Defendants, Community Nursing, Inc., d/b/a Village Health Care Nursing Center, and The Goodman Group, LLC.

DATED this 20th day of March, 2009.

By: /s/ W. Adam Duerk
W. Adam Duerk
MILODRAGOVICH, DALE,
STEINBRENNER & NYGREN, P.C.
Attorneys for Plaintiffs

11998/2(de)